**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Santos MEJIA–VALLE,**
**Defendant–Appellant.**

**No. 08–16659**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

June 28, 2011.

Michael Boysie Billingsley, Ramona C. Albin, U.S. Attorney's Office, Birmingham, AL, for Plaintiff–Appellee.

Jose Santos Mejia–Valle, Butner, NC, pro se.

Before TJOFLAT, EDMONDSON and KRAVITCH, Circuit Judges.

PER CURIAM:

William Brower, appointed counsel for Jose Santos Mejia–Valle, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mejia–Valle's conviction and sentence are **AFFIRMED.**